U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAFAYETTE

FEB 0 8 2013

TONY R. MOORE, CLERK
BY _____
        DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| **SHAWANNA DOMINGUE** | * | **CIVIL ACTION NO. 07-1496** |
| **VERSUS** | * | **JUDGE HAIK** |
| **COMMISSIONER OF SOCIAL SECURITY** | * | **MAGISTRATE JUDGE HILL** |

## JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Report and Recommendation of the Magistrate Judge is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the claimant be awarded benefits as of July 31, 2002.

Lafayette, Louisiana, this 7th day of February, 2013.

RICHARD T. HAIK
UNITED STATES DISTRICT JUDGE